IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JONATHAN C. LIVINGSTON,       )
#207956,                      )
                              )
     Plaintiff,               )
                              )     CIVIL ACTION NO.
     v.                       )       2:13cv70-MHT
                              )           (WO)
WARDEN III GARY HETZEL, et    )
al.,                          )
                              )
     Defendants.              )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit complaining about the failure of the defendant correctional officers to protect him from an attack by his cellmate. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 6th day of November, 2014.

                               /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**